| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | KEVIN J. BARRY (CABN 229748)<br>Assistant United States Attorney |

BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6840
    FAX: (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH T. KENDRIX,<br><br>    Defendant. | Case No. CR 17-0416-RS<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME** |

The Court has set October 3, 2017, 2017, at 2:30 p.m. as the date for a change of plea hearing. The parties have been actively engaged in negotiating a plea agreement, and request more time to finalize the agreement. The parties hereby stipulate to reset the change of plea hearing to November 7, 2017, at 2:30 p.m., and they request that the Court extend the time limits provided by Federal Rule of Criminal Procedure 5.1(c). Pursuant to Rule 5.1(d), Defendant and the government consent to the extension of time, and the parties represent that good cause exists for this extension, including the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). For the same reasons, the parties also request that the Court exclude from the time limits of 18 U.S.C. § 3161 the period from the date of

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE
CR 17-00426-RS                      1

this order through November 7, 2017.  The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

BRIAN J. STRETCH
United States Attorney

DATED: October 3, 2017 _____/s/_____
KEVIN J. BARRY
Assistant United States Attorney

DATED: October 3, 2017 _____/s/_____
SEVERA KEITH
Attorney for KENNETH KENDRIX

## Attestation of Filer

In addition to myself, the other signatory to this document is <u>Severa Keith</u>.  I attest that I have her permission to enter a conformed signature on her behalf and to file the document.

DATED: October 3, 2017 _____/s/_____
KEVIN J. BARRY
Assistant United States Attorney

# [~~PROPOSED~~] ORDER

For the reasons stated above, the Court sets November 7, 2017, as the date for the change of plea hearing. The Court finds that extension of time limits applicable under Federal Rule of Criminal Procedure 5.1(c) from the date of this order through November 7, 2017, is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 10/3/17

_____
HON. RICHARD SEEBORG
United States District Judge