W. DOUGLAS SPRAGUE (Bar No. 202121)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: dsprague@cov.com

Attorneys for Defendant
KENNETH T. KENDRIX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 17-0416-RS |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME** |
| KENNETH T. KENDRIX, | |
| Defendant. | |

The Court has set December 5, 2017, at 2:30 p.m., as the date for a change of plea hearing. For the reasons set forth below, the parties respectfully request a continuance to February 6, 2018, for that hearing.

On or about May 10, 2017, the United States Attorney's Office filed a Criminal Complaint against Mr. Kendrix. (Dkt. 1.) On or about May 12, 2017, counsel was appointed to represent Mr. Kendrix (Dkt. 3), and a CJA Financial Affidavit was filed a short time later (Dkt. 9). Due to a potential conflict of interest that surfaced in approximately November 2017, however, appointed counsel for Mr. Kendrix had to withdraw. On November 20, 2017, undersigned defense counsel was appointed to represent Mr. Kendrix. (Dkt. 24.)

Undersigned defense counsel needs time to obtain and to review the files in this matter to begin to effectively represent Mr. Kendrix. In addition, the Assistant United States Attorney assigned to this matter, AUSA Barry, is in trial in *United States. v. Williams, et al.* (CR 13-0764 WHO). That trial is scheduled to last at least through January 2018.

The parties represent and agree that good cause exists for this requested extension, including allowing the new attorney for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). For the same reasons, the parties also respectfully request that the Court exclude from the time limits of 18 U.S.C. § 3161 the period from the date of this Order through February 6, 2018. The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED**.

DATED: November 30, 2017                                         BRIAN J. STRETCH
                                                                 United States Attorney

                                                                 KEVIN J. BARRY
                                                                 Assistant United States Attorney


                                                                 By:   */s/Kevin J. Barry*
                                                                        Kevin J. Barry


DATED: November 30, 2017                                         COVINGTON & BURLING LLP


                                                                 By:   */s/W. Douglas Sprague*
                                                                        W. Douglas Sprague
                                                                 Attorney for KENNETH KENDRIX

**ATTESTATION OF FILER**

In addition to myself, the other signatory to this document is Kevin J. Barry. I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

DATED: November 30, 2017                                         By:   */s/ W. Douglas Sprague*
                                                                        W. Douglas Sprague
                                                                 Attorney for KENNETH KENDRIX

**[~~PROPOSED~~] ORDER**

For the reasons stated in the Stipulation and [Proposed] Order Changing Hearing Date and Excluding Time, the Court sets February 6, 2018, as the date for the change of plea hearing. The Court finds that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny recently-appointed counsel for the defendant reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED**.

DATED: 12/1, 2017

HON. RICHARD SEEBORG
United States District Judge