W. DOUGLAS SPRAGUE (Bar No. 202121)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: dsprague@cov.com

Attorney for Defendant
KENNETH T. KENDRIX

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH T. KENDRIX,<br><br>    Defendant | Case No.: CR 17-0416-RS<br><br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CHANGING HEARING DATE AND EXCLUDING TIME** |

The Court has set March 20, 2018, at 2:30 p.m., as the date for a status conference. The parties respectfully request that the March 20 status conference be vacated and a change of plea hearing be set for April 10, 2018.

The parties represent and agree that good cause exists for this request, including allowing defense counsel a reasonable time to review some materials the defense recently requested and received from the government that are necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). For the same reasons, the parties also respectfully request that the Court exclude from the time limits of 18 U.S.C. § 3161 the period from the date of this Order through April 10, 2018. The parties also agree that the ends of justice served by granting such an

exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED:  March 16, 2018

ALEX TSE
Acting United States Attorney

KEVIN J. BARRY
Assistant United States Attorney

SCOTT JOINER
Assistant United Stated Attorney

By:     */s/ Scott Joiner*
          Scott Joiner

DATED:  March 16, 2018

COVINGTON & BURLING LLP

By:     */s/ W. Douglas Sprague*
      W. Douglas Sprague
Attorney for KENNETH KENDRIX

**ATTESTATION OF FILER**

In addition to myself, the other signatory to this document is Scott Joiner.   I attest I received his permission to enter a conformed signature on his behalf and to file the document.

DATED:  March 16, 2018

By: */s/ W. Douglas Sprague*
      W. Douglas Sprague
Attorney for KENNETH KENDRIX

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME / CR 17-0416-RS

# [~~PROPOSED~~] ORDER

For the reasons stated in the Stipulation and [Proposed] Order Changing Hearing Date and Excluding Time, the Court hereby vacates the status conference on March 20 and sets a change of plea hearing for April 10, 2018.  The Court finds that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and would result in miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: ____3/16_____, 2018

_____
HON. RICHARD SEEBORG
United States  District Judge